UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MEADE WARRELL
PETITIONER

Vs.

ALBERTO GONZALES ET, AL.
RESPONDENT

DOCKET NO:_____

MAGISTRATE JUDGE:_____

## PETITIONER'S EMERGENCY REQUEST FOR A STAY OF REMOVAL

Simultaniously with the filing of a pro-se Petition for Writ of Habeas Corpus, Petitioner Meade Warrel, files the instant Emergency request for stay of removal. Petitioner respectfully request that this court grant a stay of removal on the grounds that this case presents serious legal and constitutional issues requiring judicial review; Petitioner has a strong likelyhood of succeeding on the merits of this case; and Petitioner is presently detained in the custody of the DHS-ICE, facing imminent deportation, which would result in irreparable harm if a stay of removal is not granted by this court pending review of this case.

The instant case presents the serious legal constitutional issue of whether the Petitioner's offense complettly bar him from seeking relief such as withholding of removal and convention against turture. However, it is necessary for the court to enter a stay of removal order to prevent Petitioner's deportation while

his case is being reviewed by the court.

Therefore, Petitioner respectfully prays that this court grant his request for a stay of removal pending this court's review of his case.

DATED 5-24-05

RESPECTFULLY SUBMITTED

MEANDE WARREL
BOP# 22583-265
FEDERAL DETENTION CENT
P.O. BOX 5010
OAKDALE LA 71463

FORM TO BE USED BY FEDERAL PRISONERS FILING A PETITION
FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF BOSTON MASSACHUSETTS

WARRELL MEADE. # 22583-265

FEDERAL DETENTION CENTER

P.O. BOX 5010

OAKDALE LA 71463
(Name, prison number, and address or place of confinement of Petitioner),

Petitioner,

vs.

ALBERTO GONZALES ET AL.

_____

_____

(Name of warden or other official having custody of Petitioner),

Respondent.

Case Number: _____

(To be assigned by Clerk)

HABEAS APPLICANTS MUST COMPLETE THIS ENTIRE FORM

PLEASE COMPLETE THE FOLLOWING (check where applicable):

1. This petition concerns:

    (a) _____ a conviction

    (b) _____ a sentence

    (c) _____ jail or prison conditions

    (d) _____ prison discipline

    (e) _____ parole

    (f) _____ other (explain) <u>CHALLENGING A REMOVAL ORDER</u>
<u>ENTERED BY THE BOARD OF IMMIGRATION APPEALS</u>

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a) Name(s) and location(s) of court: _____

_____

    (b) Case number(s): _____

_____

    (c) Nature of the charge(s) for which you were convicted:

_____

_____

    (d) The conviction followed your plea of \_\_\_ guilty, \_\_\_ not guilty, or \_\_\_ nolo contendere.

(e) Did you appeal the conviction or sentence?
___ Yes, ___ No. If yes, state the date, outcome, and number assigned to the appeal:

_____

_____

_____

3. Are you currently represented by counsel in this case or any other court case? ___ Yes, ___ No.

4. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised, and provide the information regarding exhaustion under your summary of facts. You may attach additional pages, if necessary. Conclusions which are not supported by specific facts are insufficient. Do not cite any law in your statement of facts.

    CAUTION: An application for writ of habeas corpus by a prisoner authorized to apply for relief by motion under 28 U.S.C. § 2255 will not be entertained by the court unless it appears that the remedy by § 2255 motion is inadequate. Therefore, IF any of the grounds raised below challenge the validity of your conviction or sentence as imposed by the sentencing court, YOU MUST COMPLETE ITEM 5. If they do not, you may skip item 5.

(a) GROUND ONE: <u>THE BOARD OF IMMIGRATION APPEALS DID NOT PROPERLY DETERMINE THAT THE PETITIONER WAS AN AGGRAVATED FELON AND THAT HE WAS NOT ELIGIBLE FOR SECTION 212(h) WAIVER.</u>

SUPPORTING FACTS: <u>THE PETITIONER IS ELIGIBLE FOR SECTION 212(h)</u> <u>WAIVER, CANCELLATION OF REMOVAL AND WITHHOLDING OF REMOVAL.</u>

_____
_____
_____
_____
_____
_____
_____

EXHAUSTION: Have you presented ground one to the Bureau of Prisons, or in any other administrative or judicial proceeding? ____ Yes; ____ No. If yes, provide the number(s) assigned to the proceeding, the result(s), and the date(s) of the result(s) of that proceeding, including any appeals:

_____
_____
_____
_____

(b) GROUND TWO: _____
_____
_____
_____

4

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

EXHAUSTION: Have you presented ground two to the Bureau of Prisons, or in any other administrative or judicial proceeding? ___ Yes, ___ No. If yes, provide the number(s) assigned to the proceeding, the result(s), and the date(s) of the result(s) of that proceeding, including any appeals: _____

_____

_____

_____

_____

(C) GROUND THREE: _____

_____

_____

_____

5

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

_____

_____

_____

EXHAUSTION: Have you presented ground three to the Bureau of Prisons, or in any other administrative or judicial proceeding? ___ Yes, ___ No. If yes, provide the number(s) assigned to the proceeding, the result(s), and the date(s) of the result(s) of that proceeding, including any appeals:

_____

_____

_____

_____

(d) GROUND FOUR: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____
_____
_____

EXHAUSTION: Have you presented ground four to the Bureau of Prisons, or in any other administrative or judicial proceeding? ___ Yes, ___ No. If yes, provide the number(s) assigned to the proceeding, the result(s), and the date(s) of the result(s) of that proceeding, including any appeals:

_____
_____
_____
_____

5. If any of the grounds raised above challenge your conviction or sentence imposed by the sentencing court:

    (a) Explain in the space below why your remedy under 28 U.S.C. § 2255 is inadequate or ineffective to test the legality of your detention:

_____
_____
_____
_____
_____

    (b) State whether you have ever filed a § 2255 motion, and the result:

_____ NO _____
_____
_____
_____
_____

6. WHEREFORE, based on the grounds raised above, Petitioner prays that the court will grant the following relief:

**THE HONORABLE COURT WILL VACATE THE DESCISION OF THE BOARD OF IMMIGRATION APPEALS, REMAND HIS CASE BACK TO ALLOW HIM APPLY FOR THE RELIEF'S**

8

HE IS ELIGIBLE FOR AND ANY OTHER RELIEF THAT THIS COURT DEEMS
JUST AND FAIR

## DECLARATION

I declare under penalty of perjury that I have read the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed ___S-A-0-5___, at ___F D C___,
        (date)                   (place)

by _____
      Petitioner

Signature of Attorney (if applicable)

Note: If you have not paid the $ 5.00 filing fee, you must also submit an application to proceed in forma pauperis, which must also be signed under penalty of perjury.

9

## CERTIFICATE OF SERVICE

I MEANDE WARREL HEREBY CERTIFY THAT THIS MAIL HAS MAILED THROUGH PROPER PRE-PAID POSTAGE ENVELOPE TO:

UNITED STATES DISTRICT ATTORNEY'S OFFICE
1167 U.S. COURTHOUSE
300 FANNIN STREET
SHREVEPORT LA 71101-3083

DATED 5-24-05

MEADE WARRELL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Meade v Gonzales__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    X    IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES ☐     NO ☐

5. Does the complaint in this case question the constitutionality of an act of Congress affecting the public interest? (See 28 USC §2403)
                                                                    YES ☐     NO ☐
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES ☐     NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES ☐     NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES ☐     NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division ☐         Central Division ☐         Western Division ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division ☐         Central Division ☐         Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                    YES ☐     NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __A Warrell Meade Pro Se #22583-265__
ADDRESS __FCI Oakdale__
TELEPHONE NO. __PO Box 5010__
             __Oakdale, LA 71463__

(CategoryForm.wpd -5/2/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Warrell Meade
pro se

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
Alberto Gonzales

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant  *(circled)*
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☑ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2241

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____