UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WARRELL MEADE</u>,
          Petitioner,

                                                                        CIVIL ACTION
          v.                                                      NO. 05-11142-RGS

<u>ALBERTO GONZALES</u>,
          Respondent.

<u>MEMORANDUM AND ORDER</u>

For the reasons stated below, the petition is dismissed.

<u>BACKGROUND</u>

On May 31, 2005, petitioner Warrell Meade, an immigration detainee currently being held at FCI Oakdale, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging a removal order entered by the Board of Immigration Appeals. He has also filed a request for an emergency stay of removal pending the resolution of his habeas petition. Petitioner did not pay the $5.00 filing fee or file an application to proceed without prepayment of fees.

As grounds for the petition, Meade argues that the "Board of Immigration Appeals did not properly determine that the petitioner was an aggravated felon and that he was not eligible for Section 212(h) waiver." Petition, ¶ 4(a). He further contends the he is "eligible for Section 212(h) waiver, cancellation of removal and withholding of removal." <u>Id.</u>

<u>DISCUSSION</u>

On May 11, 2005, the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B; 119 Stat. 231, 302 (May 11, 2005) ("REAL ID Act"), was enacted. That Act amends 8 U.S.C. § 1252 to remove jurisdiction of the District Courts and transfers it to the Court of Appeals

to review removal decisions.  See Real ID Act, § 106.

Section 106(c) explicitly provides that judicial review of removal orders is exclusively in the appropriate United States Circuit Court of Appeals.   Thus, the District Court lacks jurisdiction to review such removal orders.  Jurisdiction lies with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings.  See 8 U.S.C. § 1252(b)(2).

## CONCLUSION

ACCORDINGLY, this habeas petition is be dismissed for the reasons stated above.

The Clerk is directed to send petitioner a list of free legal service providers for immigration proceedings with a copy of this Memorandum and Order.

SO ORDERED.


 6-3-05                              /s/ Richard G. Stearns
DATE                                 UNITED STATES DISTRICT JUDGE