```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
WARRELL MEADE,                  )
         Petitioner,            )
                                )C.A. no. 05-11142-RGS
     v.                         )
                                )
ALBERTO GONZALES, et al.        )
         Respondent.            )
```

ORDER OF DISMISSAL

STEARNS, D.J.

    In accordance with this Court's order dated June 3, 2005, it is ORDERED that the within action be and it is hereby dismissed.

                                      By the Court,

Date: June 6, 2005        By  s/ Barbara Morse
                                    Deputy Clerk